TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ELAN S. LEVEY (State Bar No. 174843)
Assistant United States Attorney
  Room 7516, Federal Building
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-3997
  Fax:  (213) 894-7819
  Email: elan.levey@usdoj.gov

Attorneys for Defendant, United States Department of Education

## UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>DOUGLAS A. GREER,<br><br>   Debtor. | Case No.  2:19-bk-16071-WB<br><br>Chapter 7 |
| DOUGLAS A. GREER,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>   Defendants. | Adv. No. 2:21-ap-01177-WB<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT, EXTEND RESPONSIVE PLEADING DEADLINE AND ESTABLISH STATUS CONFERENCE**<br><br><u>**Current Pre-Trial Conference:**</u><br>Date:  April 19, 2022<br>Time: 2:00 p.m.<br>Place: Courtroom 1375<br>   255 E. Temple Street<br>   Los Angeles, CA 90012[1] |

   IT IS HEREBY STIPULATED by and between Plaintiff Douglas A. Greer ("Plaintiff") and

Defendant United States Department of Education ("Defendant"), through their respective counsel of

record (collectively, the "Parties"):

///

///

---

[1] The Parties should refer to the Court calendar to determine whether the status conference will be held via Zoom.gov.

## **RECITALS**

A.  On or about August 23, 2021, Plaintiff filed a complaint for the determination of dischargeability of student loan debt, pursuant to 11 U.S.C. Section 523(a)(8) (Docket No. 1) ("Complaint"), commencing the subject adversary proceeding ("Adversary Proceeding").

B.  Defendant did not receive the Summons and Complaint despite what appears to constitute proper service and, therefore, did not file a responsive pleading.

C.  On October 26, 2021, Plaintiff sought the entry of Defendant's default (Docket No. 11) and the Court entered default on that same date (Docket No. 13).

D.  Pursuant to the Scheduling Order entered on November 12, 2021 (Docket No. 16), a Pre-Trial Stipulation is due by April 5, 2022, the discovery completion deadline is March 15, 2022, and a Pre-trial Conference is set for April 19, 2022 at 2:00 p.m.

E.  Defendant has requested and Plaintiff has agreed to set aside the entry of Defendant's default and allow Defendant additional time to file a responsive pleading, pursue discovery and to set a status conference. Based thereon, the Parties agree to extend the current deadlines as set forth below.

## **STIPULATION**

1.  The Recitals set forth above are hereby incorporated into the Stipulation by this reference.

2.  The deadline for Defendant to file a responsive pleading to the Complaint shall be extended to March 7, 2022.

3.  A status conference shall be held in conjunction with the date of the pre-trial conference set for April 19, 2022 at 2:00 p.m.

4.  A joint status report shall be filed in accordance with applicable Local Bankruptcy Rules.

5.  The deadline to complete discovery shall be established at the time of the pre-trial conference in order to allow the parties time to serve discovery and pursue a possible informal resolution of the case.

///

6.      The Parties shall bear their own attorney's fees and costs.

Respectfully submitted,

Dated: February 4, 2022

SURF CITY LAWYERS

By:
CHRISTINE A. KINGSTON
Attorneys for Plaintiff, Douglas A. Greer

Dated: February 3, 2022

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

By:  /s/  Elan S. Levey
ELAN S. LEVEY
Assistant United States Attorney

Attorneys for Defendant, U. S. Department of
Education